ACCEPTED
03-14-00726-CV
5782112
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 10:38:40 AM
JEFFREY D. KYLE
CLERK

# ALLISON & WARD

### ATTORNEYS AT LAW
7718 Wood Hollow Drive, Suite 220
Austin, Texas 78731

Adam S. Ward                    (512) 474-8153   Fax (512) 474-9703                    Keely A. Allison

Fed. Tax ID#47-3928623

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 10:38:40 AM
JEFFREY D. KYLE
Clerk

June 22, 2015

### VIA ELECTRONIC FILING

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

> Re:    Court of Appeals Number:    03-14-00726-CV
> Trial Court Number:              13-2658
>
> Style:  Texas San Marcos Treatment Center, L.P. d/b/a San Marcos Treatment
> Center v. Veronica Payton

Dear Mr. Kyle:

Please be advised that Plaintiff's counsel in the above-entitled and numbered action has changed, effective immediately to:

> Allison & Ward Attorneys at Law
> 7718 Wood Hollow Drive, Suite 220
> Austin, Texas  78731
> Phone:  (512) 474-8153
> Fax:  (512) 474-9703
> Email: allison-ward@sbcglobal.net

Sincerely,

Adam S. Ward
State Bar No. 00788615

Keely A. Allison
State Bar No. 00790220

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
June 22, 2015
Page 2


xc:     Mr. Ryan L. Clement
        Serpe, Jones, Andrews, Callender & Bell, PLLC
        America Tower
        2929 Allen Parkway, Suite 1600
        Houston, Texas 77019
        **(VIA FAX #713-452-4499)**